```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12289
  GERALD M ODENBACH
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-0163

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/28/2006 and was confirmed 01/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
--------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG        .00           .00          .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE    1587.60           .00      1587.60
CITY OF MARKHAM           PRIORITY         NOT FILED         .00          .00
ECAST SETTLEMENT CORP     UNSECURED         857.99           .00        34.76
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00          .00
CAPITAL ONE               UNSECURED         747.10           .00        30.27
CAPITAL ONE               UNSECURED         784.85           .00        31.80
B-REAL LLC                UNSECURED        3332.93           .00       135.03
EMPI INC                  UNSECURED        NOT FILED         .00          .00
ECAST SETTLEMENT CORP     UNSECURED         991.16           .00        40.16
SALLIE MAE SERVICING COR  UNSECURED        4771.55           .00       193.32
PORTFOLIO RECOVERY ASSOC  UNSECURED        3261.33           .00       132.13
WELLS FARGO ACCEPTANCE    UNSECURED        NOT FILED         .00          .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,500.00                   2,500.00
TOM VAUGHN                TRUSTEE                                       319.93
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              5,005.00

PRIORITY                                        .00
SECURED                                    1,587.60
UNSECURED                                    597.47
ADMINISTRATIVE                             2,500.00
TRUSTEE COMPENSATION                         319.93
DEBTOR REFUND                                   .00
                    ---------------     ---------------
TOTALS               5,005.00              5,005.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 12289 GERALD M ODENBACH

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 12289 GERALD M ODENBACH